THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN RYS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 6, 1924; decided October 24, 1924.)

APPEAL from a judgment of the Suffolk County Court, rendered April 16, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Nathan O. Petty* and *Herman J. Schoenfeld* for appellant. *George W. Hildreth* and *C. B. Partridge* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.